IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDRICK O. GOSS,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | Case No. 19–CV–01211–JPG |

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner Fredrick O. Goss's Motion to Vacate, Set Aside or Correct Sentence is **DISMISSED** for lack of jurisdiction.

**Dated: Monday, June 1, 2020**            **MARGARET M. ROBERTIE**
                                              **CLERK OF COURT**

                                              **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**